George S. MAY, d. b. a. George S. May Company, Appellant, v. George V. R. MULLIGAN, Appellee.

No. 8371.

Circuit Court of Appeals, Sixth Circuit.

Nov. 7, 1940.

Howard, Howard & Howard, of Kalamazoo, Mich., for appellant.

Mason, Sharpe & Stratton, of Kalamazoo, Mich., for appellee.

Before HICKS, ALLEN, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, on consideration whereof, the court is of the opinion that there is no reversible error upon the record.

It is therefore, ordered, adjudged and decreed that the judgment appealed from be and the same is in all things affirmed upon the grounds and for the reasons stated in the opinion of the District Court filed June 15, 1939, 36 F.Supp. 596.

NEW YORK TRAP ROCK CORPORATION, Libellant-Appellee, v. The CITY OF NEW YORK, Respondent-Appellant.

No. 173.

Circuit Court of Appeals, Second Circuit.

Feb. 3, 1941.

William C. Chanler, Corp. Counsel, of New York City (George Seagrave Franklin, of New York City, of counsel), for appellant.

Hagen & Eidenbach, of New York City (Henry C. Eidenbach and Charles W. Hagen, both of New York City, of counsel), for appellee New York Trap Rock Corporation.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed.

UNITED STATES of America, Plaintiff-Appellee, v. Albert HEAD et al., Defendant-Appellant.

No. 194.

Circuit Court of Appeals, Second Circuit.

Feb. 3, 1941.

William J. Wilson, of Brooklyn, N. Y., for appellant.

Harold M. Kennedy, U. S. Atty., of Brooklyn, N. Y. (Jesse Moss, Sp. Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed.